MANATT, PHELPS & PHILLIPS, LLP
Charles E. Weir (Bar No. CA 211091)
cweir@manatt.com
Nicholas Frontera (Bar No. CA 307479)
nfrontera@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

SHUKAT ARROW HAFER WEBER & HERBSMAN, LLP
Dorothy M. Weber, Esq. (admitted *pro hac vice*)
dorothy@musiclaw.com
494 Eighth Avenue, Suite 600
New York, NY 10001
Phone: (212) 245-4580
Fax: (212) 956-6471

*Attorneys for Plaintiffs*
EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREW PITSICALIS, ROCKIN ARTWORK, LLC, PURPLE HAZE PROPERTIES, LLC, PURPLE HAZE DESIGNS, INC., and MELISSA LEMCKE, <br><br> Defendants. | No. 2:18-cv-07429-VAP-MRW <br><br> **JUDGMENT** <br><br> [Courtroom of the Honorable Virginia A. Phillips] |

WHEREAS, Experience Hendrix LLC and Authentic Hendrix, LLC ("Plaintiffs") filed the complaint in this action on August 23, 2018 alleging various fraudulent transfers of assets among the defendants.

WHEREAS, the Plaintiffs brought a Motion for Summary Judgment on May 29, 2020 seeking judgment against defendant Lemcke and others in the amount of $2 million.

WHEREAS, Defendants Melissa Lemcke and Purple Haze Designs, Inc. (the "Lemcke Defendants") entered into a settlement agreement with the Plaintiffs on or about July 17, 2020 (the "Settlement Agreement").

WHEREAS, pursuant to that Settlement Agreement the Lemcke Defendants stipulated to the entry of a permanent injunction related to the use of Jimi Hendrix related assets and intellectual property (the "Injunction").

WHEREAS, this Judgment is entered based upon the parties' Settlement Agreement as well as the stipulated facts attached to the Settlement Agreement that support the relief detailed in this judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment in the amount of five hundred thousand dollars ($500,000) be immediately entered against defendant Melissa Lemcke and Purple Haze Designs, Inc. (the "$500,000 Judgment").

2. The enforcement of the $500,000 Judgment shall be stayed indefinitely provided the following conditions continue to be met:

    a. Compliance with the terms of the Injunction.

    b. The absence of a Default Event as that term is defined in the Settlement Agreement.

3. In the event that the conditions for the stay of enforcement of the $500,000 Judgment are not complied with, upon the request of the Plaintiffs, the $500,000 Judgment shall be dissolved and replaced in its entirety by a judgment in the

amount of one million dollars ($1,000,000) the form of which is attached hereto as Exhibit 1.

4. This Court retains jurisdiction of the parties hereto for the purpose of any proceedings to enforce the terms of the Settlement Agreement, the Injunction and this Judgment.

IT IS SO ORDERED.

Dated: August 12, 2020

_____
Hon. Virginia A. Phillips
United States District Judge

# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW PITSICALIS, ROCKIN ARTWORK, LLC, PURPLE HAZE PROPERTIES, LLC, PURPLE HAZE DESIGNS, INC., and MELISSA LEMCKE,<br><br>Defendants. | No. 2:18-cv-07429-VAP-MRW<br><br>**JUDGMENT**<br><br>[Courtroom of the Honorable Virginia A. Phillips] |

WHEREAS, on \_\_\_\_ Judgment was entered in favor of Experience Hendrix LLC and Authentic Hendrix, LLC ("Plaintiffs") against defendants Melissa Lemcke and Purple Haze Designs in the amount of five hundred thousand dollars ($500,000) (the "$500,000 Judgment);

WHEREAS, enforcement of the $500,000 Judgment remained stayed pending compliance with certain conditions contained in that judgment;

WHEREAS, if those conditions are not complied with, the $500,000 Judgment is to be dissolved and a new judgment in the amount of one million dollars ($1,000,000) is to be entered.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. That the conditions for the stay of the $500,000 Judgment have been violated and not complied with.

2. That the $500,000 Judgment is hereby dissolved and replaced with this Judgment.

3. Judgment in the amount of one million dollars ($1,000,000) is entered in favor of the Plaintiffs and against Melissa Lemcke and Purpose Haze Designs.

4. Plaintiffs may pursue the enforcement of this one million dollar ($1,000,000) Judgment to the fullest extent of the law.

5. This Court retains jurisdiction of the parties hereto for the purpose of any proceedings to enforce the terms of the Settlement Agreement, the Injunction and this Judgment.

IT IS SO ORDERED.

Dated: _____   _____
                                Hon. Virginia A. Phillips
                                United States District Judge