UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERIENCE HENDRIX, LLC and AUTHENTIC HENDRIX, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW PITSICALIS, ROCKIN ARTWORK, LLC, PURPLE HAZE PROPERTIES, LLC, PURPLE HAZE DESIGNS, INC., and MELISSA LEMCKE,<br><br>Defendants. | No. 2:18-cv-07429-VAP-MRW<br><br>**JUDGMENT**<br><br>[Courtroom of the Honorable Virginia A. Phillips] |

WHEREAS, on August 12, 2020 Judgment was entered in favor of Experience Hendrix LLC and Authentic Hendrix, LLC ("Plaintiffs") against defendants Melissa Lemcke and Purple Haze Designs in the amount of five hundred thousand dollars ($500,000) (the "$500,000 Judgment);

WHEREAS, enforcement of the $500,000 Judgment remained stayed pending compliance with certain conditions contained in that judgment;

WHEREAS, if those conditions are not complied with, the $500,000 Judgment is to be dissolved and a new judgment in the amount of one million dollars ($1,000,000) is to be entered.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. That the conditions for the stay of the $500,000 Judgment have been violated and not complied with.

2. That the $500,000 Judgment is hereby dissolved and replaced with this Judgment.

3. Judgment in the amount of one million dollars ($1,000,000) is entered in favor of the Plaintiffs and against Melissa Lemcke and Purpose Haze Designs.

4. Plaintiffs may pursue the enforcement of this one million dollar ($1,000,000) Judgment to the fullest extent of the law.

5. This Court retains jurisdiction of the parties hereto for the purpose of any proceedings to enforce the terms of the Settlement Agreement, the Injunction and this Judgment.

IT IS SO ORDERED.

Dated: October 22, 2020

_____
Hon. Virginia A. Phillips
United States District Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

326933920.1